NOTE:  This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

———————————

**CEPHALON, INC.,**
*Plaintiff-Appellee,*

**v.**

**WATSON PHARMACEUTICALS, INC.,**
**WATSON LABORATORIES, INC.,**
**and WATSON PHARMA, INC.,**
*Defendants-Appellants.*

———————————

2011-1326, -1371

———————————

Appeal from the United States District Court for the District of Delaware in No. 09-CV-0724, Judge Sue L. Robinson.

———————————

**JUDGMENT**

———————————

WILLIAM F. LEE, Wilmer Cutler Pickering Hale and Dorr, LLP, of Boston, Massachusetts, argued for plaintiff-appellee.  With him on the brief were MARK C. FLEMING; and WILLIAM G. MCELWAIN, CAROLYN JACOBS CHACHKIN and JACOB S. OYLOE, of Washington, DC.  Of counsel on the brief were WILLIAM J. MARSDEN, JR., Fish & Richardson P.C., of Wilmington, Delaware; and JUANITA R. BROOKS, of San Diego, California; and JONATHAN E. SINGER, of Minneapolis, Minnesota.

JAMES K. STRONSKI, Crowell & Moring, LLP, of New York, New York, argued for defendants-appellants. With him on the brief were CHIEMI D. SUZUKI, and JACOB Z. ZAMBRZYCKI.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, CLEVENGER, and REYNA, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

December 8, 2011          /s/ Jan Horbaly
Date                              Jan Horbaly
                                    Clerk